FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 29 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00633-BNB

DIMITRIC AUSTIN,

    Applicant,

v.

KEVIN MILYARD, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## ORDER

    Applicant, Dimitric Austin, is a Colorado Department of Corrections inmate incarcerated at the Sterling Correctional Facility in Sterling, Colorado. Mr. Austin has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 challenging the validity of his state court conviction in Arapahoe County District Court Case No. 02CR2581. He has been granted leave to proceed *in forma pauperis*.

    Mr. Austin asserts ten claims for relief. On May 25, 2011, the Court entered an Order finding that Mr. Austin failed to exhaust state court remedies for claims three and seven and directed Mr. Austin to show cause within twenty-one days why claims three and seven should not be dismissed as procedurally defaulted.

    Upon further review, the Court finds that Mr. Austin has exhausted state court remedies for claim seven because he presented claim seven to the Colorado Court of Appeals as a federal constitutional claim in his state post conviction proceeding. *See* Pre-Answer Resp., Ex. I, at 11-12; *see also Duncan v. Henry*, 513 U.S. 364, 365-66

(1995) (per curiam); **Dever v. Kansas State Penitentiary**, 36 F.3d 1531, 1534 (10th Cir. 1994).  Accordingly, it is

ORDERED that the Order to Show Cause dated May 25, 2011, is discharged **as to claim seven only** because Mr. Austin exhausted state court remedies for claim seven.

DATED June 29, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00633-BNB

Dimitric Austin
Prisoner No. 123405
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on June 29, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk