**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-00633-REB

DIMITRIC AUSTIN,

    Applicant,

v.

KEVIN MILYARD, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

## ORDER FOR STATE COURT RECORD

**Blackburn, J**

    After preliminary consideration of the second amended application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

    ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in ***People v. Austin***, Arapahoe County District Court Case No. 02CR2581, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

    FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
               Arapahoe County District Court

       7325 S. Potomac St.
       Centennial, Colorado 80112

(2)    Assistant Solicitor General
       Appellate Division
       Office of the Attorney General
       1525 Sherman Street
       Denver, Colorado  80203; and

(3)    Court Services Manager
       State Court Administrator's Office
       101 W. Colfax, Ste. 500
       Denver, Colorado  80202.

DATED July 6, 2011, at Denver, Colorado.

**BY THE COURT:**

*[signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge

2