**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-00633-REB

DIMITRIC AUSTIN,

      Applicant,

v.

KEVIN MILYARD, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

## SECOND ORDER FOR STATE COURT RECORD

**Blackburn, J**

      On July 6, 2011, the Court entered an order instructing the Respondents to file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in ***People v. Austin***, Arapahoe County District Court Case No. 02CR2581, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. The Respondents were directed to submit the records within thirty (30) days of the July 6 Order.  Copies of the July 6 Order were sent to the Clerk of the Court for the Arapahoe County District Court, the Assistant Solicitor General of the Office of the Colorado Attorney General, and the State Court Services Manager.

      As of the date of this Order, the Court has not received the record of Applicant's state court proceedings.  Accordingly, it is

ORDERED that **within twenty-one (21) days of the date of this Order**, Respondents shall file with the Clerk of the Court the state court record for ***People v. Austin***, Arapahoe County District Court Case No. 02CR2581, as described above, and as required under Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1) Clerk of the Court
    Arapahoe County District Court
    7325 S. Potomac St.
    Centennial, Colorado 80112

(2) Assistant Solicitor General
    Appellate Division
    Office of the Attorney General
    1525 Sherman Street
    Denver, Colorado  80203; and

(3) Court Services Manager
    State Court Administrator's Office
    101 W. Colfax, Ste. 500
    Denver, Colorado  80202.

DATED August 16, 2011, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge