IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

CIVIL ACTION NO. 11-cv-00633-RBJ

DIMITRIC AUSTIN,

      Applicant,

vs.

KEVIN MILYARD and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

---

**ORDER RETURNING STATE COURT RECORD**

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 4th day of December, 2012.

BY THE COURT:

*/s/ Brooke Jackson*

_____
R. Brooke Jackson
United States District Judge